UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of Chun-ko Chang, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, from Hongzhi Li, Rui Li a/k/a Sandy Rebecca Lee, Shen Yun Performing Arts, Inc., and Dragon Springs Buddhist Inc, Respondents. | Case No. _ |

**DECLARATION OF CHUN-KO CHANG**

1. I am over 21 years of age and am legally fit and qualified to testify in a court of law. I have personal knowledge of the facts stated here, and if called to testify, I could and would competently testify to them.

2. This declaration is submitted in support of my Ex Parte Application for Discovery in Aid of Foreign Litigation Pursuant to 28 U.S.C. § 1782.

3. I have been sued in two civil defamation lawsuits in Taiwan (the "Taiwanese Proceedings"). I have asserted as a defense that the Taiwanese Proceedings were filed against me in retaliation for my role in bringing a U.S. lawsuit accusing Shen Yun of forced labor and wage violations.

4. The plaintiffs in the Taiwanese Proceedings are Falun Gong practitioners who have close ties to, and have worked directly for, Respondents Hongzhi Li and Rui Li. They likewise have close ties to Shen Yun Performing Arts, Inc. and Dragon Springs Buddhist Inc.

5. Dragon Springs is a secretive compound in Cuddebackville, New York. It is where Shen Yun's administrative and rehearsal facilities are located. It is also where the two Fei Tian schools are located, which is Shen Yun's performers are required to attend

6. On or about June 29, 2024, I was interviewed for a YouTube show hosted by Wang Zhi'an, a prominent figure in the Chinese-speaking world. The episode's topic was my experience as a high-level dancer for Shen Yun. I discussed my relationship with the Lis and describes how I came to realize that I had been abused by Shen Yun, Falun Gong, and the Lis. During the episode, I briefly relayed two rumors in the Shen Yun and Falun Gong communities. One was the cause of death of the son of a Shen Yun instructor and Falun Gong practitioner known as Xian Yuan, with the legal name Juanjuan Wei. The rumor was that the son had died from choking or asphyxiation and that a contributing factor was that there'd been a delay in calling an ambulance, which I attributed to Hongzhi Li's discouragement of medical treatment. The other was the death of Bojian Li's fiancée in a car crash; there was a rumor that his death was not an accident.

7. On September 13, 2024, a close associate of the Lis and a teacher at the Fei Tian schools, Tianliang Zhang, spoke on a Taiwanese news show and accused me of being "brainwashed" into becoming an agent of the Chinese Communist Party ("CCP") and of having accepted money from the CCP for my dance studio business in Taiwan. Mr. Zhang repeated a similar allegation on his own YouTube show on November 17, 2024.

8. The Lis have convened large-scale meetings within Dragon Springs devoted to denouncing me and to turning current Shen Yun performers against me. Rui Li has said that the Lis and their affiliates have agents in Taiwan who are keeping track of my every move and that those agents are reporting back to the Lis.

9. On February 10, 2025, the Taiwanese Proceedings were initiated against me and my husband.

10. The first lawsuit was filed by Juanjuan Wei, also known as Xian Yuan. Xian Yuan is a Falun Gong practitioner who lives at or near Dragon Springs Buddhist Inc., under the direct

supervision of Hongzhi Li. She is an Associate Professor at Fei Tian College and holds a position at a Shen Yun-affiliated institute called the Shen Yun Arts Proficiency Assessment Center.

11. The second lawsuit was filed by Bojian "Golden" Li, a Falun Gong practitioner and former Shen Yun dancer who once dated the Lis' daughter and who remains close with the Lis.

12. The Taiwanese Proceedings have harmed me financially, as I must pay to defend against the frivolous suits.

13. I am afraid to speak out about the Lis and Shen Yun.

14. On November 11, 2025, the trial court in one of the Taiwanese Proceedings, the one filed by Bojian "Golden" Li, ruled in my favor and dismissed the claims against me. However, Bojian Li can file an appeal within 20 of being served with the judgment, and there is no indication he will not do so.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 20, 2025

_張郡格_
_Chang Chun ko_

Chun-ko Chang