# APPENDIX A

# DEFINITIONS

Notwithstanding any definition set forth below, each word, term, or phrase used in these requests is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure. As used in these requests, the following terms are to be interpreted in accordance with these definitions:

1. *Communication*: The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

2. *Concerning*: The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

3. *Document*: The term "document" is defined to be synonymous in meaning and equal in scope of the usage of this term in Fed. R. Civ. P. 34(a). A draft or non-identical copy is a separate document within the meaning of this term. The terms "writings," "recordings," and "photographs" are defined to be synonymous in meaning and equal in scope to the usage of those terms in Federal Rule of Evidence 1001.

4. *Parties*: The terms "plaintiffs" and "defendants," as well as a party's full or abbreviated name or a pronoun referring to a party, mean that party and, where applicable, its officers, directors, and employees. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation or to limit the Court's jurisdiction to enter any appropriate order.

5. *Person*: The term "person" is defined as any natural person or any business, legal or governmental entity, or association.

6. *Taiwanese Lawsuits:* The lawsuits attached here as Exhibits 1 and 2.

7. *You/Your*: The terms "you" or "your" include the person(s) to whom these requests are addressed, and all of those person's agents, representatives, and attorneys.

8. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all;" "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine, or neuter form shall include each of the other genders.

## TOPICS

1. Interactions between You and Bojian Li between June 2024 and February 2025, inclusive.

2. Interactions between You and Xian Yuan between June 2024 and February 2025, inclusive.

3. Interactions between You and the law firm Formosa Transnational Attorneys at Law between June 2024 and February 2025, inclusive.

4. Interactions between You and Georgia Chang (張嘉真) between June 2024 and February 2025, inclusive.

5. Your knowledge of the Taiwanese Lawsuits.

6. Your involvement with the Taiwanese Lawsuits.