**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

In the Matter of the Application of Chun-ko Chang, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, from Hongzhi Li, Rui Li a/k/a Sandy Rebecca Lee, Shen Yun Performing Arts, Inc., and Dragon Springs Buddhist Inc, Respondents.
</td>
<td>

Case No. 7:25-mc-00529-KMK
</td>
</tr>
</table>

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR DISCOVERY IN AID OF FOREIGN LITIGATION PURSUANT TO 28 U.S.C. § 1782**

Upon consideration of Petitioner Chun-ko Chang's *ex parte* application for an order pursuant to 28 U.S.C. § 1782 authorizing her attorneys to issue subpoenas, pursuant to Federal Rule of Civil Procedure 45, upon Respondents Hongzhi Li, Rui Li a/k/a Sandy Rebecca Lee, Shen Yun Performing Arts, Inc., and Dragon Springs Buddhist Inc., and the materials submitted in support of that application, it is hereby:

ORDERED that Petitioner's *ex parte* application is GRANTED, and further

ORDERED that Petitioner may issue and serve, through her attorneys, the document subpoenas attached hereto as Exhibits H(1) through H(4), and the deposition subpoenas attached hereto as Exhibits H(5) through H(8).

The Clerk of Court is respectfully directed to close the pending Motion at Dkt No. 1.

SO ORDERED.

Dated:  January 29, 2026
        White Plains, NY

_____
HON. KENNETH M. KARAS
United States District Judge

1