

**SMS**
STEVEN M SCHNEEBAUM PC

202.742.5900 o.  |  202.449.3835 f.  |  202.744.3838 c.
www.smslawdc.com  |  sms@smslawdc.com
1750 K Street NW #1210, Washington DC 20006

Hon. Andrew E. Krause
United States Magistrate Judge
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

March 4, 2026

Re:  *In the Matter of the Application of Chun-ko Chang, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782*, Case No. 7:25-mc-00529 (S.D.N.Y.)

Dear Judge Krause:

We are addressing this letter to Your Honor, as directed by the Order signed by Judge Karas yesterday.

In their response to our letter dated February 23, 2026, requesting intervention, a stay of discovery, and a briefing schedule for a motion to set aside the Court's Order entered on January 29 pursuant to 28 U.S.C. § 1782, counsel for Applicant Chun-ko Chang repeat the claim that the material sought through their subpoenas is "for use" in certain defamation litigation brought against her in the Taiwan Shilin District Court.

On February 25, a hearing was held in that tribunal. The relevant portion of the transcript (Ex. 1), translated and certified by Day Translations.com (Ex. 2), is attached hereto. In it, counsel for Ms. Chang – the defendant in Taiwan, and Applicant here – state that **they did not even know that the § 1782 application had been filed.** They certainly did not request it, nor did they take any other steps to obtain evidence in the United States. Moreover, the trial judge in Taiwan indicated that argument in the case has been closed, and she will enter judgment on March 31, based on the existing record.

This conclusively demonstrates that the subpoenas do not seek evidence "for use" in Taiwanese proceedings. It is entirely clear that what Ms. Chang is trying to do is to misuse the § 1782 process, and the good offices of this Court, to obtain an advantage in her U.S. lawsuit, *Chang et al. v. Shen Yun Performing Arts, Inc.*, et al., No. 7:24-cv-08980-PMH (S.D.N.Y.).

The targets of the subpoenas respectfully reiterate their requests to this Court set out in our February 23 pre-motion letter.

Yours sincerely,

*[signature]*

Steven M. Schneebaum (admitted *pro hac vice*)
Counsel to the subpoena targets:
Hongzhi Li; Rui Li; Shen Yun Performing Arts, Inc.; and Dragon Springs Buddhist Inc.

Cc: Counsel of record through ECF