**Oral Arguments Transcription**

Plaintiff: Juanjuan Wei (alias: Xian Yuan)

Defendants: Junge Zhang, Zhewei Ye

The above parties hereby present their case concerning tort damages, case No. 302 of 2025, at 3:20 PM on February 25, 2026, in the Sixth Civil Tribunal of this Court.

Attending personnel are as follows:

    Judge: Yuyun Si

    Clerk: Wenfu Ke

    Interpreter: Huizhu Lin

Reading the case statement.

Relevant persons present in court:

    Plaintiff's legal representative: Attorney Weiyu Jiang

    Plaintiff's secondary legal representative: Attorney Zihan Hui

    Defendants' legal representative and agent for service of process: Attorney Yinzhu Lin

The main points of today's arguments and the matters clearly recorded are as follows:

The plaintiff's legal representative.

> Furthermore, the defendant has initiated separate proceedings in the United States, requesting the court to order all communication records between the third party (Li Hongzhi, Shen Yun, Longquan Temple, etc. and Formosa Transnational Attorneys at Law) to submit these communication records, arguing that these records are helpful to the proceedings.

The defendant's legal representative

> Did not file a request in this case. I am unsure whether the client has filed a related request in the United States.

The judge asked, "Will both parties be present for the pronouncement of judgment?"

Both parties stated, "No."

The judge declared, "The arguments in this case are concluded. Judgment will be delivered at 4:00 PM on March 31, 2026."

Second Civil Division, Shilin District Court, Taiwan

Clerk

Judge