

# Certified Translation

# Certificate of Accuracy

Lan He
Translator/Interpreter

Translated document: Part of the 1st page and 4th page of the Oral Arguments Transcription for the case Juanjuan Wei vs. Junge Zhang and Zhewei Ye, dated 02/25/2026

As a translator for Day Translations, Inc., I, Lan He, declare that I am a bilingual translator who is thoroughly familiar with the English and Chinese languages. I have translated the attached document to the best of my knowledge from Chinese into English and the English text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on March 3, 2026

*Lan He*

_____

Lan He

*Professional Translator for Day Translations, Inc.*







444 West Lake St, Suite 1700, Chicago, IL 60606 |Toll Free: 1-800-969-6853  Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com


