# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of Chun-ko Chang, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, from Hongzhi Li, Rui Li a/k/a Sandy Rebecca Lee, Shen Yun Performing Arts, Inc., and Dragon Springs Buddhist Inc, Respondents. | Case No. 7:25-mc-00529-KMK-AEK |

**DECLARATION OF YIN-CHU LIN**

I, Yin-chu Lin, hereby declare as follows:

1. My name is Yin-chu Lin. I am an attorney in Taiwan, also known as the Republic of China. I represent Chun-ko Chang and her husband Che-wei Yeh in two lawsuits filed against them in Taiwan (the "Taiwanese Lawsuits"). I submit this declaration in support of Ms. Chang's efforts to obtain evidence relevant to those lawsuits via subpoenas that have been issued in this proceeding under 28 U.S.C. § 1782 (the "Section 1782 Subpoenas").

2. In both lawsuits, Ms. Chang has formally asserted several defenses, including a defense under Article 148 of the Taiwan Civil Code, which provides: "A right cannot be exercised for the main purpose of violating the public interest or harming others. A right shall be exercised and a duty shall be performed in accordance with the principle of good faith." The theory is that the plaintiffs in the Taiwanese Lawsuits filed the suits in bad faith and for the main purpose of punishing my clients for filing a forced-labor class action against, among others, Hongzhi Li and his wife Rui Li, as well as Shen Yun Performing Arts, Inc. and Dragon Springs Buddhist Inc., two entities controlled by the Lis. The theory is further that the plaintiffs in the Taiwanese Lawsuits were directed to file those lawsuits by the Lis and those two entities. As such, Ms. Chang sought

1

the issuance of the Section 1782 Subpoenas against the Lis and the two entities in an effort to obtain evidence to support these defense theories.

3. The status of the two lawsuits differs. In the lawsuit brought by Bojian Li, a former Shen Yun performer and a close relation of the Lis, the lower court has ruled in my clients' favor, albeit on grounds other than Article 148. However, Bojian Li has appealed the lower court's ruling, so the evidence will be needed to support an Article 148 defense if the appeal is successful.

4. As for the lawsuit brought by Xian Yuan, a current Shen Yun instructor, the lower court has announced that it intends to rule by March 31, 2026. Thus, any evidence supporting Ms. Chang's Article 148 defense that might be obtained via Ms. Chang's Section 1782 Application would have to be obtained before then if I am to have an opportunity to present such evidence before the lower court issues its ruling. And, as with the lawsuit brought by Bojian Li, even if the trial court rules in Ms. Chang's favor and terminates the lawsuit, the evidence supporting an Article 148 defense will still be needed if Xian Yuan is successful on appeal.

5. Certainly, if Ms. Chang's Section 1782 Subpoenas uncover evidence that the subpoena targets indeed orchestrated the bad-faith and retaliatory Taiwanese Lawsuits to punish Ms. Chang for filing a forced-labor class action against them, I intend to try to introduce such evidence into the Taiwanese Lawsuits as appropriate. Taiwanese law provides mechanisms for me to do so, including provisions such as Article 447(6) of the Taiwan Code of Civil Procedure, which permits the introduction of new evidence—even on appeal—if necessary to prevent manifest injustice. The evidence requested by Ms. Chang's Section 1782 Subpoenas is therefore for use in the Taiwanese Lawsuits.

6.  As for the February 25, 2026 hearing held in the suit brought by Xian Yuan, I understand counsel for the targets of the Section 1782 Subpoenas has made certain representations to this Court about what happened at that hearing and what I said.

7.  To clarify, here is specifically what happened: Towards the end of the hearing, counsel for Xian Yuan spontaneously raised the issue of Ms. Chang's Section 1782 Subpoenas and asked the judge to issue a ruling that they were unnecessary. The Taiwanese judge refused to do so for several reasons, including because Ms. Chang's Section 1782 Subpoenas did not interfere with his administration of that lawsuit in that they did not did not, for example, seek evidence that he had already ruled was inappropriate, and because there had been no formal request from a U.S. court for it to make any such ruling. As for my awareness of the Section 1782 Subpoenas, I began working with Ms. Chang's U.S. counsel in connection with those subpoenas before Ms. Chang's application for the subpoenas was filed, and I look forward to receiving the evidence sought by those subpoenas to support Ms. Chang's Article 148 defense. I was merely unaware at the time of the hearing that the Section 1782 Subpoena process had been formally initiated by Ms. Chang's U.S. counsel.

8.  To be clear, evidence from the Lis, Shen Yun, or Dragon Springs is absolutely relevant to support the theory that the Taiwanese Lawsuits violate Article 148, and if the Section 1782 Subpoenas uncover such evidence, I absolutely intend to introduce such evidence in the Taiwanese Lawsuits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 6-Mar-2026

*Yin-chu Lin (林殷竹) (Mar 6, 2026 07:49:50 GMT+8)*
Yin-chu Lin

3